1  CHARLES H. ADAIR
   Attorney at Law
2  533 F Street, Ste. 212
   San Diego, CA 92101
3  (619)233-3161
   State Bar# 52163
4
   Attorney for Defendant

FILED

07 MAY 25 AM 11: 38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ~~POU~~ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NUMBER: 06CR2478-BTM |
|---|---|
| Plaintiff, | ) |
| vs. | ) EX-PARTE REQUEST FOR AN ORDER |
| RODOLFO MEDINA-RAMIREZ, | ) AUTHORIZING ADDITIONAL |
| Defendant. | ) INVESTIGATOR FEES. |

COMES NOW, Defendant RODOLFO MEDINA-RAMIREZ, by and through his appointed counsel Charles H. Adair, who respectfully requests this court to approve payment of extraordinary investigator fees for ALEJANDRA ESPINAL, Private Investigator, at the rate of $55 per hour for an additional 4 hours totaling the sum of $220.00   I asked my investigator to translate an employment letter and verify records for sentencing purposes, plus meet with the defendant and family members prior to sentencing. She was able to keep the defendant and his family informed of the progress of the case with numerous meetings and was also able to collect information for sentencing.

For the above-stated reasons, I am requesting that my investigator's bill be approved. I do understand that the amount is over the normal $500 limit, however, the work done was necessary

-1-

for sentencing purposes.

Dated: 3/29/07

*(signature)*
CHARLES H. ADAIR,
Attorney for defendant

## ORDER

IT IS HEREBY ORDERED that an additional 4 hours of investigative time at the rate of $55 per hour for a total of $220.00 for Investigator ALEJANDRA ESPINAL is hereby approved ~~and paid for under the Criminal Justice Act.~~ and can be paid on submission of voucher attached.

Dated: 5/13/07

*(signature)*
JUDGE, U.S. DISTRICT COURT

-2-